175 So.2d 108

Arthur L. ROBINSON

v.

BARQ'S BEVERAGES OF BATON ROUGE, INC., et al.

No. 47717.

May 26, 1965.

In re: Arthur L. Robinson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 172 So.2d 143.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

175 So.2d 108

William R. BENEDETTO

v.

TRAVELERS INSURANCE COMPANY and Maryland Casualty Insurance Company.

No. 47719.

May 26, 1965.

In re: William R. Benedetto applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 354.

The application is denied. There appears no error in the judgment complained of.